**Order entered February 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01383-CV

### ENTERPRISE PRODUCTS PARTNERS, L.P. AND ENTERPRISE PRODUCTS OPERATING LLC, Appellants/Cross-appellees

### V.

### ENERGY TRANSFER PARTNERS, L.P. AND ENERGY TRANSFER FUEL, L.P., Appellees/Cross-appellants

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-12667**

## ORDER

Before the Court is appellants' February 17, 2015, second unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants file their brief no later than March 30, 2015.

　　　　　　　　　　　　　　　　/s/　　CRAIG STODDART
　　　　　　　　　　　　　　　　　　　JUSTICE